UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: CONNORS, ANTHONY L.  §<br>CONNORS, WENDY S.  §<br> §<br>Debtor(s)  § | Case No. 10-36743 |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 03/22/2012, in Courtroom 250, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 01/14/2012       By: JOSEPH R. VOILAND
                                                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CONNORS, ANTHONY L.  § Case No. 10-36743
      CONNORS, WENDY S.  §
                                                  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.24 |
| *and approved disbursements of* | $ 37,990.88 |
| *leaving a balance on hand of* [1] | $ 12,009.36 |
| **Balance on hand:** | $ 12,009.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,009.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 4,250.02 | 0.00 | 4,250.02 |
| Trustee, Expenses - JOSEPH R. VOILAND | 176.36 | 0.00 | 176.36 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,426.38 |
| Remaining balance: | $ 7,582.98 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,582.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,582.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,428.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | 6,819.68 | 0.00 | 1,279.15 |
| 2 | Chase Bank USA, N.A. | 9,761.83 | 0.00 | 1,831.00 |
| 3 | Chase Bank USA, N.A. | 9,435.65 | 0.00 | 1,769.82 |
| 4 | American Express Centurion Bank | 4,388.46 | 0.00 | 823.13 |
| 5 | WORLD'S FOREMOST BANK | 10,022.44 | 0.00 | 1,879.88 |

Total to be paid for timely general unsecured claims: $ 7,582.98
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $        0.00
Remaining balance:                                     $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $        0.00
Remaining balance:                         $        0.00


Prepared By: /s/JOSEPH R. VOILAND
                              Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-36743-MB
Anthony L. Connors                                                      Chapter 7
Wendy S. Connors
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: dcarroll              Page 1 of 2              Date Rcvd: Mar 23, 2012
                                Form ID: pdf006             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2012.
```
db/jdb     +Anthony L. Connors,   Wendy S. Connors,   2325 Coral Cove,    Elgin, IL 60123-6542
16005735    American Express,   po box 0001,   Los Angeles, CA 90096-8000
16930942    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16005736   +Cabel'a Club Visa,   pobox 82519,   Lincoln, NE 68501-2502
16812797    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16005737    Chase Card Services,   po box 15153,   Wilmington, DE 19886-5153
16005738   +Credit Solutions,   12700 Park Central Dr. 21st floor,    Dallas, TX 75251-1500
16754896   +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
16005739    First National Bank of Omaha,   pobox 2557,    Omaha, NE 68103-2557
16005740   +Gmac,   pobox 9001719,   Louisville, KY 40290-1719
16005742    HSBC Retail Services,   po box 17298,    Baltimore, MD 21297-1298
16005741   +Harris Bank,   po box 6201,   Carol Stream, IL 60197-6201
16005743   +Sears Credit Cards,   pobox 18308,   Columbus, OH 43218
17061507    WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,   LINCOLN, NE 68501-2609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16005740   +E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2012 19:43:31     Gmac,   pobox 9001719,
             Louisville, KY 40290-1719
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Robert Gray,   Gummerson & Rausch
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2012**             **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: dcarroll            Page 2 of 2            Date Rcvd: Mar 23, 2012
                              Form ID: pdf006           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2012 at the address(es) listed below:

```
          Alvin L Catella    on behalf of Debtor Anthony Connors catella1@sbcglobal.net
          Joseph  Voiland    jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 3
```